___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:19-cv-00668-JLS (DFM)                                    Date:  October 22, 2019
Title:   Joseph Sanchez v. Bob's Big Boy, et al.

___

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:                          Attorneys Present for Defendant:

Not Present                                                            Not Present

**Proceedings:**     (In Chambers) ORDER TO SHOW CAUSE ("OSC") RE DISMISSAL

The Court has reviewed the parties' August 30, 2019 responses to the Court's OSC re mediation and notes the parties' representation that they have settled this case.  (Docs. 17-18.)

Accordingly, the Court ORDERS that, within seven days of the entry of this Order, the parties show cause why this case should not be dismissed.  A stipulation for dismissal shall constitute an adequate response to this OSC.  Failure to timely respond will result in the immediate dismissal of this action.

**IT IS SO ORDERED.**

                                                                                       Initials of Preparer:  tg